UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **KELSIE BOURGEOIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-649-JWD-RLB** |
| **AMGUARD INSURANCE COMPANY** | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated February 24, 2023 (Doc. 19), to which an objection was filed and considered (Doc. 20);

**IT IS ORDERED** that Plaintiff's Motion to Remand (Doc. 4) is **GRANTED**, and the action is **REMANDED** 19th Judicial District Court, East Baton Rouge Parish, State of Louisiana.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on March 21, 2023.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**